1  CLAYEO C. ARNOLD
   A Professional Corporation
2  Clayeo C. Arnold, SBN 65070
   Kirk J. Wolden, SBN 138902
3  Clifford C. Carter, SBN 149621
   608 UNIVERSITY AVENUE
4  SACRAMENTO, CA 95825
   (916) 924-3100
5

6  Attorney for Plaintiffs and the Class

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       (SAN FRANCISCO DIVISION)

11

| | |
|---|---|
| HELEN ARONIS, individually and on behalf of those similarly situated,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.; SCHERING PLOUGH CORPORATION; SCHERING CORPORATION; SCHERING PLOUGH HEALTHCARE PRODUCTS, INC.; SCHERING-PLOUGH BIOPHARMA CORPORATION; SCHERING-PLOUGH HEALTHCARE PRODUCTS SALES CORPORATION, inclusive,<br><br>　　　Defendants. | Case No: C 08 0352 MJJ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The following Class of individuals described as follows in the Complaint:

**California purchasers of VYTORIN**

Dated: January 25, 2008

CLAYEO C. ARNOLD
A Professional Law Corporation

By: _____
KIRK J. WOLDEN
Attorney for the **CLASS**