1 | Elizabeth J. Cabraser (State Bar No. 083151)
  | Barry R. Himmelstein (State Bar No. 157736)
2 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
  | 275 Battery Street, 30th Floor
3 | San Francisco, CA 94111-3339
  | Telephone: (415) 956-1000
4 | Facsimile: (415) 956-1008

5 | Steven E. Fineman (State Bar No. 140335)
  | Daniel E. Seltz
6 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
  | 780 Third Avenue, 48th Floor
7 | New York, NY 10017-2024
  | Telephone: (212) 355-9500
8 | Facsimile: (212) 355-9592

9 | *Attorneys for Plaintiffs ASEA/AFSCME Local 52 Health Benefits Trust & Claudia Edwards*
10 | *[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN ARONIS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.; et al.,<br><br>Defendant. | Case No. 08 CV 0352 (MHP)<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Local Rules 3-12 and 7-11, ASEA/AFSCME Local 52 Health Benefits Trust and Claudia Edwards, Plaintiffs in *ASEA/AFSCME Local 52 Health Benefits Trust & Claudia Edwards v. Merck & Co., Inc., et al.*, C.A. No. 3:08-531 (JL) (the "ASEA action"), hereby submit this administrative motion to consider whether the ASEA action should be related to two other actions filed in this District. The two apparently related cases are:

1    (1) *Helen Aronis v. Merck & Co., Inc., et al.*, C.A. No. 3:08-352; and

2    (2) *Richard Haskin v. Merck & Co., Inc., et al.*, C.A. No. 3:08-376.

3    The ASEA and Haskin actions have been assigned to Magistrate Judge Larson and James, respectively.  In an order filed by the Executive Committee on February 19, 2008, the Aronis action was reassigned to Judge Patel (Dkt. No. 5).  Defendants in both the ASEA and Haskin actions have filed Declinations to Proceed Before a United States Magistrate Judge and have requested reassignment to a United States District Court Judge (Dkt. No. 6 in Haskin action; Dkt. No. 9 in the ASEA action).  The ASEA and Haskin actions have yet to be so reassigned.

    The three actions should be deemed related.  Each of the three actions – all class actions – concern the same parties, property, transaction and events.  Each seeks recovery for the plaintiffs' economic loss caused by Defendants' fraudulent marketing of two anti-cholesterol drugs, Zetia and Vytorin.  The plaintiffs in all of the actions allege that defendants knowingly withheld the results of a study showing that these drugs were no more effective in reducing the growth of dangerous fatty plaque in the arteries than cheaper and more established alternatives.  All plaintiffs allege that defendants continued to market these drugs as safe and effective uses for lowering cholesterol despite their knowledge of the long-delayed study's negative findings.

    As each of these cases arises from the same set of facts and legal theories and allege substantially identical legal claims, there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

    Further, Plaintiffs in the ASEA action have moved that the ASEA action and other cases involving Zetia and Vytorin be centralized by the Judicial Panel on Multidistrict Litigation in the matter of In re: Vytorin/Zetia Sales and Marketing Litigation, MDL Docket No. 1938.  The matter is scheduled for hearing on March 27, 2008, before the Judicial Panel.

    For these reasons, Plaintiffs respectfully request that these three cases be

///
///
///
///

considered related in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings and conserve the resources of the parties, their counsel, and the judiciary.

Dated: February 20, 2008     Respectfully submitted,

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By:     */s/ Barry R. Himmelstein*
          Barry R. Himmelstein

Elizabeth J. Cabraser
Barry R. Himmelstein
**LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP**
275 Battery St., 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Steven E. Fineman (State Bar No. 140335)
Daniel E. Seltz
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Thomas M. Greene
**GREENE & HOFFMAN**
125 Summer Street, Suite 1410
Boston, MA 02110
Telephone: (617) 261-0040
Facsimile: (617) 261-3558

Christopher I. Brain
Nancy A. Pacharzina
**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Ave., Suite 2200
Seattle, WA 98101-1332
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

*Attorneys for Plaintiffs ASEA/AFSCME Local 52 Health Benefits Trust and Claudia Edwards*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that, on February 20, 2008, he caused to be served on the person(s) listed below the foregoing Administrative Motion to Consider Whether Cases Should Be Related in the manner shown:

Kirk J. Wolden
Clayeo C. Arnold
Clifford Lee Carter
Clayeo C. Arnold, PLC
608 University Avenue
Sacramento, CA 95825
916-924-3100

Debra Irwin DeCarli
Lawrence J. Gornick
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104
415-646-7160
Fax: 415-981-1270
Email: ddecarli@lskg-law.com

Steven J. Boranian
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
415-543-8700
Fax: 415-391-8269

☒   United States Mail, First Class
☐   By Messenger
☐   By Facsimile

Dated at San Francisco, CA this 20th day of February, 2008.

　　　　　　　　　　　　　　　　　　　*/s/ Nicolas Menard*
　　　　　　　　　　　　　　　　　　　Nicolas Menard