1  Colleen T. Davies (SBN 111371)
   Email: cdavies@reedsmith.com
2  Steven J. Boranian (SBN 174183)
   Email: sboranian@reedsmith.com
3  Karen A. Braje (SBN 193900)
   Email: kbraje@reedsmith.com
4  Alison B. Riddell (SBN 246120)
   Email: ariddell@reedsmith.com
5  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
6  San Francisco, CA 94111-3922

7  **Mailing Address:**
   P.O. Box 7936
8  San Francisco, CA 94120-7936

9  Telephone:   +1 415 543 8700
   Facsimile:   +1 415 391 8269
10
   Attorneys for Defendants
11 Merck & Co., Inc.
   Schering-Plough Corporation,
12 Schering Corporation,
   Schering-Plough Healthcare Products, Inc.,
13 Schering-Plough Biopharma Corporation and
   Schering-Plough Healthcare Products Sales
14 Corporation

15
                UNITED STATES DISTRICT COURT
16
                NORTHERN DISTRICT OF CALIFORNIA
17

18
   HELEN ARONIS, individually and on behalf      No.: C 08-00352 MHP
19 of those similarly situated,
                                                 **STIPULATION TO EXTEND TIME TO**
20            Plaintiffs,                        **RESPOND TO COMPLAINT**

21       vs.                                     Compl. Filed:   January 18, 2008
                                                 Trial Date:     None set
22 MERCK & CO., INC.; SCHERING-PLOUGH            Disc. Cut-Off:  None set
   CORPORATION; SCHERING
23 CORPORATION; SCHERING-PLOUGH                  Honorable Marilyn Hall Patel
   HEALTHCARE PRODUCTS, INC.;
24 SCHERING-PLOUGH BIOPHARMA
   CORPORATION; and SCHERING-PLOUGH
25 HEALTHCARE PRODUCTS SALES
   CORPORATION, inclusive,
26
27            Defendants.

28

1    Pursuant to Civil Local Rule 6-1(a), the parties hereto stipulate to extend the time within
2    which Defendants may respond to the Complaint. Plaintiff filed the Complaint on January 18, 2008,
3    and the last day for Defendants Merck & Co., Inc., Schering Corporation, Schering-Plough
4    Healthcare Products, Inc. and Schering-Plough Biopharma Corporation to file a responsive pleading
5    is February 21, 2008. The last day for Defendants Schering-Plough Corporation and Schering-
6    Plough Healthcare Products Sales Corporation to file a responsive pleading is February 25, 2008.
7    The parties stipulate that Defendants' time within which to respond to the Complaint shall be
8    extended to April 15, 2008.

DATED: February 21, 2008.

REED SMITH LLP

By____/s/ Karen A. Braje_____
     Steven J. Boranian
     Karen A. Braje
     Attorneys for Defendants
     Merck & Co., Inc.
     Schering-Plough Corporation,
     Schering Corporation,
     Schering-Plough Healthcare Products, Inc.,
     Schering-Plough Biopharma Corporation and
     Schering-Plough Healthcare Products Sales
     Corporation

DATED: February 21, 2008.

CLAYEO C. ARNOLD, PLC

By____/s/ Kirk J. Wolden_____
     Kirk J. Wolden
     Attorneys for Plaintiff

No.: C 08-00352 MHP                                – 1 –
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT