1  Colleen T. Davies (SBN 111371)
   Email: cdavies@reedsmith.com
2  Steven J. Boranian (SBN 174183)
   Email: sboranian@reedsmith.com
3  Karen A. Braje (SBN 193900)
   Email: kbraje@reedsmith.com
4  Alison B. Riddell (SBN 246120)
   Email: ariddell@reedsmith.com
5  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
6  San Francisco, CA 94111-3922

7  **Mailing Address:**
   P.O. Box 7936
8  San Francisco, CA 94120-7936

9  Telephone:  +1 415 543 8700
   Facsimile:  +1 415 391 8269
10
   Attorneys for Defendants
11 Schering-Plough Corporation,
   Schering Corporation,
12 Schering-Plough Healthcare Products, Inc.,
   Schering-Plough Biopharma Corporation and
13 Schering-Plough Healthcare Products Sales
   Corporation
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18 | HELEN ARONIS, individually and on behalf | No.: C 08-00352 MHP
     of those similarly situated,
19 |                                          | **DEFENDANTS SCHERING-PLOUGH
              Plaintiffs,                       CORPORATION, SCHERING
20 |                                          | CORPORATION, SCHERING-
       vs.                                      PLOUGH HEALTHCARE PRODUCTS,
21 |                                          | INC., SCHERING-PLOUGH
     MERCK & CO., INC.; SCHERING-PLOUGH        BIOPHARMA COPRORATION, AND
22 | CORPORATION; SCHERING                    | SCHERING-PLOUGH HEALTHCARE
     CORPORATION; SCHERING-PLOUGH              PRODUCTS SALES CORPORATION'S
23 | HEALTHCARE PRODUCTS, INC.;                | CERTIFICATION OF INTERESTED
     SCHERING-PLOUGH BIOPHARMA                 ENTITIES OR PERSONS**
24 | CORPORATION; and SCHERING-PLOUGH         |
     HEALTHCARE PRODUCTS SALES                 [Local rule 3-16]
25 | CORPORATION, inclusive,                  |
                                               Compl. Filed:   January 18, 2008
26 |                                          | Trial Date:     None set
              Defendants.                      Disc. Cut-Off:  None set
27 |                                          |
                                               Honorable Marilyn Hall Patel
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

---

No.: C 08-00352 MHP

SCHERING DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.

DATED: February 21, 2008.

REED SMITH LLP

By____/s/ Karen A. Braje_____
   Steven J. Boranian
   Karen A. Braje
   Attorneys for Defendants
   Schering-Plough Corporation,
   Schering Corporation,
   Schering-Plough Healthcare Products, Inc.,
   Schering-Plough Biopharma Corporation and
   Schering-Plough Healthcare Products Sales
   Corporation

No.: C 08-00352 MHP — 1 —
SCHERING DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS