| Attorney or Party without Attorney:<br>CLAYEO C. ARNOLD, PLC<br>608 UNIVERSITY AVENUE<br>SACRAMENTO, CA 95825<br>Telephone No: 916-924-3100    FAX No: 916-924-1829 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: HELEN ARONIS | | | | |
| Defendant: MERCK & CO., INC. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-0352 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES; COURT INFO; DROP BOX PROCEDURES; ORDER SETTING CMC; STANDING ORDER; STANDING ORDER FOR CASES INVOLVING DOCS; STANDING ORDER FOR ALL JUDGES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE; NOTICE OF LAWSUIT; WAIVER OF SERVICE OF SUMMONS; ECF REGISTRATION HANDOUT

3. a. Party served:          MERCK & COMPANY, INC.
   b. Person served:         MARGARET WILSON, PROCESS SPECIALIST

4. Address where the party was served:   CT CORPORATION SYSTEMS, AGENT FOR SERVICE
                                         818 WEST SEVENTH STREET
                                         LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 01, 2008 (2) at: 1:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: MERCK & COMPANY, INC.
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICHARD R GARI
                                                                d. **The Fee** for Service was:    $30.00
   **2300 P Street**
   **Sacramento, CA 95816**                                     e. I am: (3) registered California process server
   **(916) 498-0808**                                              (i)   Independent Contractor
   **FAX (916) 498-0817**                                          (ii)  Registration No.:    4047
                                                                   (iii) County:              Los Angeles

MOE'S PROCESS SERVING INC.

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Feb. 11, 2008

                                                                                              (RICHARD R GARI)

| Judicial Council Form POS-010 | PROOF OF SERVICE | |
| Rule 2.150.(a)&(b) Rev January 1, 2007 | SUMMONS & COMPLAINT | carnold.122080 |

| *Attorney or Party without Attorney:* <br> CLAYEO C. ARNOLD, PLC <br> 608 UNIVERSITY AVENUE <br> SACRAMENTO, CA 95825 <br> *Telephone No:* 916-924-3100    *FAX No:* 916-924-1829 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff    *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | |
| *Plaintiff:* HELEN ARONIS | |
| *Defendant:* MERCK & CO., INC. | |

| **PROOF OF SERVICE** <br> **SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> C08-0352 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES; COURT INFO; DROP BOX PROCEDURES; ORDER SETTING CMC; STANDING ORDER; STANDING ORDER FOR CASES INVOLVING DOCS; STANDING ORDER FOR ALL JUDGES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE; NOTICE OF LAWSUIT; WAIVER OF SERVICE OF SUMMONS; ECF REGISTRATION HANDOUT

3. a. Party served:        SCHERING CORPORATION
   b. Person served:       MARGARET WILSON, PROCESS SPECIALIST

4. Address where the party was served:   CT CORPORATION SYSTEMS
                                         818 WEST SEVENTH STREET
                                         LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 01, 2008 (2) at: 1:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:  SCHERING CORPORATION
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICHARD R GARI                                            d. **The Fee** for Service was:    $30.00

   **2300 P Street**                e. I am: (3) registered California process server
   **Sacramento, CA 95816**              (i)   Independent Contractor
   **(916) 498-0808**                    (ii)  Registration No.:    4047
   **FAX (916) 498-0817**                (iii) County:              Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Feb. 11, 2008

                                                                            (RICHARD R GARI)

Judicial Council Form POS-010              PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007     SUMMONS & COMPLAINT                        carnold.122081

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CLAYEO C. ARNOLD, PLC<br>608 UNIVERSITY AVENUE<br>SACRAMENTO, CA 95825<br>Telephone No: 916-924-3100    FAX No: 916-924-1829 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: HELEN ARONIS | | |
| Defendant: MERCK & CO., INC. | | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-0352 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES; COURT INFO; DROP BOX PROCEDURES; ORDER SETTING CMC; STANDING ORDER; STANDING ORDER FOR CASES INVOLVING DOCS; STANDING ORDER FOR ALL JUDGES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE; NOTICE OF LAWSUIT; WAIVER OF SERVICE OF SUMMONS; ECF REGISTRATION HANDOUT

3. a. Party served:                         SCHERING-PLOUGH BIOPHARMA CORPORATION
   b. Person served:                        MARGARET WILSON, PROCESS SPECIALIST

4. Address where the party was served:      CT CORPORATION SYSTEMS
                                             818 WEST SEVENTH STREET
                                             LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 01, 2008 (2) at: 1:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SCHERING-PLOUGH BIOPHARMA CORPORATION
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICHARD R GARI                    d. **The Fee** for Service was:    $30.00

   MOE'S PROCESS SERVING INC.
   2300 P Street                        e. I am: (3) registered California process server
   Sacramento, CA 95816                     (i)  Independent Contractor
   (916) 498-0808                           (ii) Registration No.:    4047
   FAX (916) 498-0817                       (iii) County:             Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Feb. 11, 2008

                                                                          (signature)
Judicial Council Form POS-010              PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007     SUMMONS & COMPLAINT           (RICHARD R GARI)      carnold.122083

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>CLAYEO C. ARNOLD, PLC<br>608 UNIVERSITY AVENUE<br>SACRAMENTO, CA 95825<br>*Telephone No:* 916-924-3100   *FAX No:* 916-924-1829<br>*Ref. No. or File No.:*<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* HELEN ARONIS
*Defendant:* MERCK & CO., INC.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C08-0352 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES; COURT INFO; DROP BOX PROCEDURES; ORDER SETTING CMC; STANDING ORDER; STANDING ORDER FOR CASES INVOLVING DOCS; STANDING ORDER FOR ALL JUDGES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE; NOTICE OF LAWSUIT; WAIVER OF SERVICE OF SUMMONS; ECF REGISTRATION HANDOUT

3. a. *Party served:* SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC.
   b. *Person served:* MARGARET WILSON, PROCESS SPECIALIST

4. *Address where the party was served:* CT CORPORATION SYSTEMS
   818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 01, 2008 (2) at: 1:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICHARD R GARI
   2300 P Street
   Sacramento, CA 95816
   (916) 498-0808
   FAX (916) 498-0817

   d. *The Fee for Service was:* $30.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 4047
      (iii) County: Los Angeles

   MOE'S PROCESS SERVING INC.

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Feb. 11, 2008

Judicial Council Form POS-010          PROOF OF SERVICE          (RICHARD R GARI)
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT                      carnold.122084

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CLAYEO C. ARNOLD, PLC<br>608 UNIVERSITY AVENUE<br>SACRAMENTO, CA 95825<br>Telephone No: 916-924-3100    FAX No: 916-924-1829 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: HELEN ARONIS | | |
| Defendant: MERCK & CO., INC. | | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-0352 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES; COURT INFO; DROP BOX PROCEDURES; ORDER SETTING CMC; STANDING ORDER; STANDING ORDER FOR CASES INVOLVING DOCS; STANDING ORDER FOR ALL JUDGES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE; NOTICE OF LAWSUIT; WAIVER OF SERVICE OF SUMMONS; ECF REGISTRATION HANDOUT

3. a. Party served:   SCHERING PLOUGH CORPORATION
   b. Person served:  TINA SCHMIDT, LEGAL SPECIALIST, White, Female, 35+ Years Old, Brown Hair, 5 Feet 7 Inches, 140+ Pounds

4. Address where the party was served:   GLOBAL HEADQUARTERS
   2000 GALLOPING HILL ROAD
   KENILWORTH, NJ 07033

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 05, 2008 (2) at: 12:51PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SCHERING PLOUGH CORPORATION
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. OUT OF STATE SERVER                               d. The Fee for Service was: $85.00
   
   **2300 P Street**                                    e. I am: (3) registered California process server
   **Sacramento, CA 95816**                                (i) Independent Contractor
   **(916) 498-0808**                                      (ii) Registration No.:
   **FAX (916) 498-0817**                                  (iii) County:

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Feb. 06, 2008

Judicial Council Form POS-010            PROOF OF SERVICE                    (OUT OF STATE SERVER)
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT                                          carnold.122087

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| CLAYEO C. ARNOLD, PLC<br>608 UNIVERSITY AVENUE<br>SACRAMENTO, CA 95825<br>Telephone No: 916-924-3100    FAX No: 916-924-1829 | |
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: HELEN ARONIS
Defendant: MERCK & CO., INC.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-0352 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES, COURT INFO; DROP BOX PROCEDURES; ORDER SETTING CMC; STANDING ORDER; STANDING ORDER FOR CASES INVOLVING DOCS; STANDING ORDER FOR ALL JUDGES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE; NOTICE OF LAWSUIT; WAIVER OF SERVICE OF SUMMONS; ECF REGISTRATION HANDOUT

3. a. Party served: SCHERING-PLOUGH HEALTHCARE PRODUCTS SALES CORPORATION
   b. Person served: TINA SCHMIDT, LEGAL SPECIALIST, White, Female, 35+ Years Old, Brown Hair, 5 Feet 7 Inches, 140+ Pounds

4. Address where the party was served: GLOBAL HEADQUARTERS
   2000 GALLOPING HILL RD.
   KENILWORTH, NJ 07033

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 05, 2008 (2) at: 12:51PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SCHERING-PLOUGH HEALTHCARE PRODUCTS SALES CORPORATION
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. OUT OF STATE SERVER
   
   MOE'S PROCESS SERVING
   2300 P Street
   Sacramento, CA 95816
   (916) 498-0808
   FAX (916) 498-0817
   
   d. The Fee for Service was: $85.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:
      (iii) County:

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Feb. 06, 2008

Judicial Council Form POS-010
Rule 2.150(a)&(b) Rev January 1, 2007            PROOF OF SERVICE
                                                  SUMMONS & COMPLAINT            (OUT OF STATE SERVER)           carnold.122085