UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **HELEN ARONIS,** | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | 4:08-CV-00352-SBA |
| | } | |
| **MERCK & CO., INC., et al.** | } | |
| | } | |
| Defendants. | } | |

## NOTICE OF APPEARANCE

The undersigned counsel, B. Kristian Rasmussen, of the firm Cory, Watson, Crowder, & DeGaris, P.C., 2131 Magnolia Avenue, Birmingham, Alabama 35205, hereby gives notice of his appearance in this case as counsel on behalf of the plaintiff, Helen Aronis.

_____
HELEN ARONIS
Attorney for Plaintiff

**OF COUNSEL:**
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, Alabama  35205
(205) 328-2200

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing Notice of Appearance has been served upon all counsel of record by e-file, this the 21st day of March, 2008.

_____
B. Kristian Rasmussen