Colleen T. Davies (SBN 111371)
Email:  cdavies@reedsmith.com
Steven J. Boranian (SBN 174183)
Email:  sboranian@reedsmith.com
Karen A. Braje (SBN 193900)
Email:  kbraje@reedsmith.com
Alison B. Riddell (SBN 246120)
Email: ariddell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendants
Merck & Co., Inc.
Schering-Plough Corporation,
Schering Corporation,
Schering-Plough Healthcare Products, Inc.,
Schering-Plough Biopharma Corporation and
Schering-Plough Healthcare Products Sales
Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN ARONIS, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.; SCHERING-PLOUGH CORPORATION; SCHERING CORPORATION; SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC.; SCHERING-PLOUGH BIOPHARMA CORPORATION; and SCHERING-PLOUGH HEALTHCARE PRODUCTS SALES CORPORATION, inclusive,<br><br>Defendants. | No.: C 08-00352 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT PENDING TRANSFER TO MULTIDISTRICT LITIGATION AND TO VACATE CASE MANAGEMENT CONFERENCE DATE AND ASSOCIATED DEADLINES**<br><br>Compl. Filed:    January 18, 2008<br>Trial Date:        None set<br>Disc. Cut-Off:    None set<br><br>Honorable Saundra B. Armstrong |

No.: C 08-00352 SBA

STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT AND TO VACATE CASE MANAGEMENT CONFERENCE DATE AND ASSOCIATED DEADLINES

Pursuant to Civil Local Rule 6-1(b), the parties jointly submit this stipulation to extend the time within which Defendants may respond to the Complaint and to vacate the Case Management Conference date, along with all associated deadlines, and respectfully request the Court issue an order consistent with the stipulation as set forth below.

**STIPULATION**

The Plaintiff Helen Aronis ("Plaintiff") and Defendants Merck & Co., Inc., Schering-Plough Corporation, Schering Corporation, Schering-Plough Healthcare Products, Inc., Schering-Plough Biopharma Corporation and Schering-Plough Healthcare Products Sales Corporation ("Defendants") by and through their counsel, hereby stipulate as follows:

1. That Plaintiff filed the Complaint in this action on January 18, 2008;

2. That, pursuant to stipulation, the last day for Defendants to file a responsive pleading is April 15, 2008;

3. That a Case Management Conference is currently scheduled in this action for April 23, 2008;

4. That a hearing before the Judicial Panel on Multidistrict Litigation ("JPML") in MDL Docket No. 1938, *In Re Vytorin/Zetia Marketing, Sales and Products Liability Litigation*, took place in Austin, Texas on March 27, 2008;

5. That on April 8, 2008, the Judicial Panel on Multidistrict Litigation ruled on the pending motions for centralization and transfer in *In re Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1938. The Panel decided that the 33 actions which were the subject of the motion should be centralized and transferred to the United States District Court for the District of New Jersey. This action is one of the cases transferred under the Panel Order;

6. That Defendants wish to defer their responses to Plaintiff's Complaint pending transfer of this action to the United States District Court for the District of New Jersey;

7. That Plaintiff agrees to an extension of time as set forth in the proposed Order below; and

8. That all parties seek to vacate the Case Management Conference currently set for April 23, 2008, along with all associated deadlines including, but not limited to, the deadlines for conducting a Rule 26 conference, filing a joint case management conference statement and making any other discovery disclosures.

DATED: April 15, 2008.

REED SMITH LLP

By   /s/ Steven J. Boranian
Steven J. Boranian
Attorneys for Defendants
Merck & Co., Inc.
Schering-Plough Corporation,
Schering Corporation,
Schering-Plough Healthcare Products, Inc.,
Schering-Plough Biopharma Corporation and
Schering-Plough Healthcare Products Sales Corporation

DATED: April 15, 2008.

CLAYEO C. ARNOLD, PLC

By   /s/ Kirk J. Wolden
Kirk J. Wolden
Attorneys for Plaintiff

[PROPOSED] ORDER

This matter having come before the Court by stipulation of the parties for an extension of time to answer, move or otherwise respond to the Complaint and to vacate the Case Management Conference date, along with all associated deadlines, pending transfer of this and other matters to the United States District Court for the District of New Jersey, MDL Docket No. 1938, *In Re Vytorin/Zetia Marketing, Sales and Products Liability Litigation*, it is hereby

No.: C 08-00352 SBA — 2 —
STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT AND TO VACATE CASE MANAGEMENT CONFERENCE DATE AND ASSOCIATED DEADLINES

ORDERED that the time within which the Defendants may answer, move or otherwise respond to the Complaint in the above matter is hereby extended to a date to be set at the first scheduling conference in MDL No. 1938, *In re Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation*; and

It is further ORDERED that if the Defendants file a responsive pleading in any other similar action pending in another federal district court, they shall notify the Plaintiff's counsel before filing such a pleading, and the Plaintiff may then file a motion to amend this Order. Defendants reserve the right to oppose such a motion; and

It is further ORDERED that nothing in this Order shall prevent any party to this action from filing any and all pleadings, motions and/or responses the party deems necessary or otherwise appropriate before the MDL Panel concerning transfer and/or centralization of this or other action(s); and

It is further ORDERED that the Case Management Conference scheduled for April 23, 2008, is hereby VACATED, as are all associated deadlines including, but not limited to, the deadlines for conducting a Rule 26 conference, submitting a joint case management conference statement and making any discovery disclosures.

IT IS SO ORDERED.

_____
HON. SAUNDRA BROWN ARMSTRONG, U.S.D.J.