**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

HELEN ARONIS, individually and on behalf of those similarly situated,

    Plaintiff,

 v.

MERCK & CO. INC., *et al.*,

    Defendants.

No. C 08-00352 SBA

**ORDER**

[Docket Nos. 2, 17-18]

Pending transfer by the Judicial Panel on Multidistrict Litigation in *In re Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1938, to the District of New Jersey, *see* Docket No. 17, this matter is STAYED. The dates listed in the Order Setting Initial Case Management Conference [Docket No. 2] are VACATED, as is the Case Management Conference set for April 23, 2008, at 3:30 p.m.

IT IS SO ORDERED.

April 21, 2008

                                    Saundra Brown Armstrong
                                    United States District Judge