UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

May 2, 2008

U.S. District Court, District of New Jersey
50 Walnut Street, P.O. Box 419
Newark, NJ 07101-0419

RE: CV 08-00352 SBA  Aronis-v-Merck & Co Inc

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

   ☒ Certified copy of docket entries.

   ☒ Certified copy of Transferral Order.

   ☒ Original case file documents.

   ☒ Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

      Sincerely,
      RICHARD W. WIEKING, Clerk

      *Jessie Mosley*
      by: Jessie Mosley
      Case Systems Administrator

Enclosures
Copies to counsel of record